United States District Court
Southern District of Texas
**ENTERED**
June 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:19-MJ-2203-1 |
| | § | |
| JESSE ORTEGA | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

On June 10, 2019, the undersigned set bond for defendant Jesse Ortega at a detention hearing. However, since then, the U.S. Probation Department has determined that Mr. Ortega is currently on felony probation and a warrant has been issued for his arrest due to his noncompliance with the terms of his probation. The non-compliance includes his failure to report. Therefore, the undersigned ordered the detention hearing re-opened on June 19, 2019. The undersigned considered the arguments of counsel and finds the following requires detention of the defendant pending trial in this case:

(1)　　There is a serious risk that the defendant will not appear; and

(2)　　There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report and in the 1st addendum to the report are adopted.

The defendant is committed to the custody of the United States Marshal or his

designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 19th day of June 2019.

                                                            Jason B. Libby
                                        United States Magistrate Judge